**Entered on Docket**
**April 12, 2011**

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
glw@tblaw.com
Fax: 702 258-8787
**Attorney for Secured Creditor Wells Fargo Bank, N.A.**
11-70001

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 10-31018-mkn |
| Steven C. Compton and Kimberly E. Compton | Date: 3/9/2011<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 3132 Macaroon Way, North Las Vegas, NV 89031.

///

///

1

2

Submitted by:

**TIFFANY & BOSCO, P.A.**

3

By:_____

4

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

5

**APPROVED / DISAPPROVED**

6

By:_____

7

**Ambrish S. Sidhu**
Attorney for Debtor(s)

8

9

**APPROVED / DISAPPROVED**

10

By:_____

**Brian D. Shapiro**
Chapter7 Trustee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirements set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order                    _____ disapproved the form of this order

_____ waived the right to review the order and/or        __X__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order                    _____ disapproved the form of this order

_____ waived the right to review the order and/or        __X__ failed to respond to the document

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
  /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor